UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Crim. No. 14-049 (CKK) |
| **JEFFREY E. THOMPSON,** | ) ) | |
| **Defendant.** | ) ) | |

**CONSENT MOTION TO ALLOW DEFENDANT JEFFREY E. THOMPSON TO TRAVEL OUTSIDE THE DISTRICT OF COLUMBIA METROPOLITAN AREA**

Defendant Jeffrey E. Thompson, through undersigned counsel, hereby moves this Honorable Court for permission to travel to Jamaica from July 23 – 31, 2015, and to the U.S. Virgin Islands from August 14 – 22, 2015. The government consents to this motion. The reasons for this request are set forth below.

1. On March 10, 2014, Mr. Thompson entered a plea of guilty to counts one and two of the Information.

2. On that date, the Court entered an Order releasing Mr. Thompson on his personal recognizance and imposing certain conditions of release, including that Mr. Thompson restrict his travel to within the D.C. Metropolitan Area. Mr. Thompson's passport was surrendered to and remains with Pretrial Services.

3. A status conference has been scheduled for September 11, 2015. No sentencing date has been set at this time.

4. Mr. Thompson respectfully requests that his conditions of release be modified to allow him to travel to Jamaica from July 23 – 31, 2015. Mr. Thompson would like to visit his ninety-six-year-old mother.

5.        Mr. Thompson also respectfully requests that his conditions of release be modified to allow him to travel to the U.S. Virgin Islands from August 14 – 22, 2015, for vacation.

6.        Counsel for the government has indicated that the government consents to Mr. Thompson's request for permission to travel.

For the above reasons, it is respectfully requested that Mr. Thompson be permitted to travel to Jamaica from July 23, 2015 through July 31, 2015, and to the U.S. Virgin Islands from August 14, 2015 through August 22, 2015.

        Respectfully submitted,

        WILLIAMS & CONNOLLY LLP


By:   /s/ Alex G. Romain
       Tobin J. Romero (D.C. Bar No. 461273)
       Alex G. Romain (D.C. Bar No. 468508)

       725 Twelfth Street, N.W.
       Washington, DC 20005
       (202) 434-5000

       Attorneys for Jeffrey Thompson


Dated:  July 14, 2015

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim. No. 14-049 (CKK) |
| | ) | |
| **JEFFREY E. THOMPSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## [PROPOSED] ORDER

This matter comes before the Court pursuant to the Consent Motion to Allow Defendant Jeffrey E. Thompson to Travel Outside the District of Columbia Metropolitan Area, filed by Defendant Jeffrey E. Thompson. Upon consideration of the facts set forth in the consent motion and it appearing that the motion is unopposed, the motion is hereby **GRANTED**.

The conditions of release entered on March 10, 2014 shall be temporarily modified to release Mr. Thompson's passport to him and to allow Mr. Thompson to travel to Jamaica from July 23, 2015 through July 31, 2015. Upon his return from Jamaica, Mr. Thompson shall promptly return his passport to Pretrial Services.

The conditions of release entered on March 10, 2014 shall also be temporarily modified to release Mr. Thompson's passport to him and to allow Mr. Thompson to travel to the U.S. Virgin Islands from August 14, 2015 through August 22, 2015. Upon his return from the U.S. Virgin Islands, Mr. Thompson shall promptly return his passport to Pretrial Services.

SO ORDERED this _____ day of _____ 2015.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July 2015, I electronically filed the foregoing motion and proposed order using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                 /s/ Alex G. Romain
                                                  Alex G. Romain