UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:14-cr-049 (CKK) |
| v. : | |
| : | |
| JEFFREY E. THOMPSON, : | |
| : | |
| Defendant. : | |
| : | |

GOVERNMENT'S SUPPLEMENTAL CONSENT
MOTION TO CONTINUE THE SENTENCING HEARING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, submits this supplemental consent motion to continue the sentencing hearing. In support of the supplemental consent motion, the Government states as follows:

1. On March 10, 2014, defendant Jeffrey Thompson (the "defendant") pleaded guilty to a two count Information charging him with one count of Conspiracy, in violation of 18 U.S.C. § 371, 2 U.S.C. §§ 437g(d)(1)(A)(i), 441a(a)(1)(A), 441b(a), and 441f, and 26 U.S.C. § 7206(2) (Count One), and one count of Conspiracy, in violation of 22 D.C. Code § 1805a(a)(1) (Count Two). Under the terms of the Plea Agreement, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, the defendant faced a sentence of up to 18 months of incarceration (and three years of supervised release) on Count One (the federal conspiracy charge) and a sentence of up to six months of incarceration (and three years of supervised release) on Count Two (the D.C. Code conspiracy charge). Under the Plea Agreement, if the defendant complies with his plea agreement, including the cooperation provisions, the Court will dismiss Count One at sentencing. *See* Plea Agreement, Case No. 14-cr-49 (Dkt. No. 7, filed 03/10/2014). The Court accepted the terms of the Plea Agreement on May 15, 2014. The parties have filed their memorandums in aid of sentencing and sentencing in this matter is scheduled for August 12, 2016.

2. The Government requests a continuance of the sentencing hearing due to very recent and unforeseen scheduling conflicts. Due to recent and unforeseen scheduling conflicts, both

undersigned Government counsel are unavailable to attend the sentencing hearing. Special Assistant United States Attorney Jonathan Hooks, who has left the United States Attorney's Office and is currently a Trial Attorney at the United States Securities and Exchange Commission ("SEC"), learned of a scheduling conflict approximately two weeks ago with the sentencing date because of the discovery deadline in one of his SEC matters, which requires him to attend an all-day deposition in a SEC matter on August 12, 2016. However, undersigned Assistant United States Attorney Michael Atkinson, who is currently on detail as an Acting Senior Counsel to the Assistant Attorney General at the Department of Justice's National Security Division, had already committed to conduct the allocation on the Government's behalf at the sentencing hearing because AUSA Atkinson was most familiar with the defendant's cooperation in the instant matter. On August 9, 2016, however, AUSA Atkinson learned that a national security matter necessitated his attendance at a meeting abroad on August 12, 2016, particularly since AUSA's Atkinson's pre-existing visa status with the destination country permitted his travel to the destination country on such short notice.[1] Although the Government can provide, if necessary, an AUSA to conduct the allocation at the sentencing hearing as previously scheduled on August 12, 2016, it would prefer to conduct its allocation with an AUSA or SAUSA most familiar with the instant matter and, more particularly, the defendant's cooperation. As a result, the government seeks a continuance of the sentencing hearing. Undersigned Government counsel submit that, other than August 10-12, 2016, and August 18-19, 2016, they are available to attend a sentencing hearing at any time in the next ninety (90) days at a date convenient to the Court and defense counsel.[2]

---

[1] Because of the non-public nature of the national security matter, the Government can provide additional details on the nature of the matter to the Court under seal, if necessary.

[2] The Government's initial request for a continuance was based on on-going activity in a civil

3. Undersigned government counsel has discussed the proposed continuance with the defendant's counsel, Tobin J. Romero, Esquire, and Alex G. Romain, Esquire, who have consented to the continuance.

WHEREFORE, the Government requests that the Court continue the sentencing hearing until a date mutually convenient to the Court and the parties. For the Court's convenience, the Government has attached a proposed Order.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 415-793

_____/s/_____
Michael K. Atkinson
Assistant United States Attorney
Jonathan P. Hooks
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 252-7917 (Atkinson)
(202) 252-6731 (Hooks)

DATED:  August 10, 2016

---

matter. *See In the Matter of the Application of WP Company LLC D/B/A The Washington Post for Access to Certain Sealed Court Records*, 1:16-mc-00351 (BAH). Although the Government had initially sought a continuance of the sentencing hearing for a period of time that it contemplated would be long enough to resolve any outstanding issues in the civil matter, the Government notes that Chief Judge Howell received additional briefing from the petitioner in that civil matter as recently as this week.